Sean D. Beatty (Bar No. 155328)
*sbeatty@beattymyers.com*
John W. Myers IV (Bar No. 179975)
*jmyers@beattymyers.com*
BEATTY & MYERS, LLP
444 W. Ocean Boulevard, Suite 900
Long Beach, California 90802
Telephone: (562) 606-1530
Fax:           (562) 268-1141

Attorneys for defendant Toyota Motor Sales, U.S.A., Inc.

Steven L. Marchbanks, Esq., Bar No. 214686
PREMIER LEGAL CENTER, A.P.C.
1055 Torrey Pines Rd. Ste 205
La Jolla, CA  92037
Telephone:  (619) 235-0137
Facsimile:   (619) 235-3300
Attorney for Plaintiffs Maria Canchola and Jaime Canchola-Torres

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIA CANCHOLA, an individual; and JAIME CANCHOLA-TORRES, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>TOYOTA MOTOR SALES, U.S.A., Inc., a Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: 2:21-cv-01378-MCE-DB<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS CASE WITH PREJUDICE**<br><br>Assigned to:<br>Hon. Morrison C. England, Jr. |

The Court, having considered the Joint Motion to Dismiss Case with Prejudice, hereby orders that this action is DISMISSED with prejudice, with each party to bear its own costs.

1    The Clerk of the Court is directed to close this case.
2    IT IS SO ORDERED.

Dated:  December 5, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE